Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK HINES, Appellant

Rabin, Acting P. J., Hopkins and Benjamin, JJ., concur; Munder and Nolan, JJ., dissent and vote to affirm the order, without prejudice to renewal when petitioner is certified to be sane (*People* v. *Booth,* 17 N Y 2d 681).